Sara Khosroabadi, Esq. (SBN: 299642)
sara@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Brigitte Peistrup

Hunter H. Hoestenbach, Esq. (SBN: 249130)
Hunter@HoestenbachLaw.com
**HOESTENBACH LAW**
501 West Broadway, Suite A230
San Diego, CA 92101
Telephone:   (619) 940-4868
Facsimile:    (619) 374-1399

*Attorneys for Defendant,*
Legal Recovery Law Offices, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIGITTE PEISTRUP,**<br><br>                          **PLAINTIFF,**<br>V.<br><br>**CITIBANK, N.A.; LEGAL RECOVERY LAW OFFICES, INC. and ICON EQUITIES, LLC,**<br><br>                          **DEFENDANT.** | Case No: 3:15-CV-01315-W-RBB<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br>**HON. RUBEN B. BROOKS** |

Plaintiff BRIGITTE PEISTRUP, (hereinafter "Plaintiff") and Defendant CITIBANK, N.A. (hereinafter "Citibank"), Defendant LEGAL RECOVERY LAW OFFICES, INC. (hereinafter "LRLO"), and Defendant ICON EQUITIES, LLC (hereinafter "Icon") (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice.

Dated: March 8, 2016          **HYDE & SWIGART**

                              By:  /s/ Sara Khosroabadi
                                   Sara Khosroabadi
                                   Attorney for Plaintiff

Dated: March 8, 2016          **HOESTENBACH LAW**

                              By:  /s/ Hunter H. Hoestenbach
                                   Hunter H. Hoestenbach
                                   Attorney for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Hunter H. Hoestenbach, counsel for Defendant, and that I have obtained Mr. Hoestenbach's authorization to affix his electronic signature to this document.

Dated: March 8, 2016          **HYDE & SWIGART**

                              By:  /s/ Sara Khosroabadi
                                   Sara Khosroabadi
                                   Attorney for Plaintiff