## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE PEISTRUP,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 15-CV-1315 W (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 10]** |

　　　Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 10] and **DISMISSES** this case **WITH PREJUDICE**. In light of the dismissal, all other pending motions are terminated.

　　　**IT IS SO ORDERED**.

Dated: April 4, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　United States District Judge